**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**KH OUTDOOR, L.L.C., et al.,**

    **Plaintiffs,**

**v.**                                             Case No.  8:04-cv-1953-T-30TGW

**MANATEE COUNTY, FLORIDA,**

    **Defendant.**
_____/

## **ORDER**

    THIS CAUSE comes before the Court upon Defendant's Motion for Attorneys' Fees and Costs (Dkt. 27) and Memorandum of Law in Support of the same (Dkt. 28), Plaintiffs' Response in Opposition to the same (Dkt. 30), Plaintiffs' Motion for Sanctions (Dkt. 30). A hearing was held on January 5, 2006 on all of the above Motions.  Upon review and consideration of the Motions and Responses thereto and argument of counsel for both parties, it is hereby ORDERED AND ADJUDGED that:

    1.     Defendant's Motion for Attorneys' Fees and Costs (Dkt. 27) is **DENIED**.

    2.    Plaintiffs' Motion for Sanctions (Dkt. 30) is **DENIED**.

    3.    All pending motions are hereby **DENIED AS MOOT**.

    4.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on January 9, 2006.

                                                          JAMES S. MOODY, JR.
                                                          UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2004\04-cv-1953 - Denial of Attorneys Fees.frm